IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | 05-10138-DPW-01 |
| MANUEL FLORENTINO | ) | |
| | ) | |

## **JOINT STATUS REPORT**

Pursuant to Local Rule 116.5(A), the United States respectfully submits this status report in connection with the initial status conference scheduled for August 25, 2005.

1. Local Rule 116.3 Timing Requirements

This case involved approximately 60 days of Title III wiretaps on two different cell phones.

With the exception of arrest reports regarding the arrest of the defendant MANUEL FLORENTINO on July 23, 2005, the government has provided complete 28-day discovery to all defendants.  This discovery includes more than 800 pages of documents including DEA reports, BPD reports, and search warrants from six different locations.   The government has also produced more particularized wiretap discovery which identifies the intercepted calls for each respective defendant.

2. Expert Testimony

At trial on the pending indictment, the government anticipates that it will present the testimony of one or more forensic chemists regarding the content of controlled substances seized during this case.  The government may also present non-expert opinion testimony and expert opinion testimony pursuant to Fed. R. Evid. 701 and 703 by law enforcement agents regarding the content and meaning of the intercepted phone calls.

### 3. Additional Discovery

Except for a few select items, automatic discovery under LR 116.1 in this case is complete.   In addition to the documents provided to defendants, other physical evidence (drug and non-drug) is available for defense counsel's inspection by contacting government counsel and arranging a mutual convenient time.     If any additional documentation/information is obtained, the government will provide such information to defense counsel.

### 4. Motion Date

The government anticipates that defense counsel will not be seeking a deadline for the filing of pretrial motions in this case.

### 5. Speedy Trial Calculations

Based on the complex nature of the case and undersigned conversation with several defense counsel in this matter, the court should exclude from the STA calculations the time from the initial status conference on August 25, 2005 until the court's next scheduled status hearing.  The government submits that 27 days have run under the 70 day clock since from the time of defendant's temporary waiver of detention on July 28, 2005 following the government's motion for detention on July 28, 2005. 18 U.S.C. Sec. 3161(h)(1)(F).     Furthermore, defendant MANUEL FLORENTINO was arraigned on the indictment on July 28, 2005.  See 18 U.S.C. Sec. 3161(h)(7);  Henderson v. United States, 476 U.S. 321, 326-30 (1986).

### 6. Anticipated Length of Trial

Given the number of co-defendants in this case, it is too early to determine whether a trial is required in this matter and

2

the anticipated length of any such trial.  If all remaining eight defendants went to trial, the trial would last at least 6 weeks.

    7. Final Status Conference

    The government submits that an Interim Status Conference should be scheduled.

                        Respectfully submitted,


                        MICHAEL J. SULLIVAN

                        United States Attorney


By:

                        Neil J. Gallagher, Jr.
                        Assistant U.S. Attorney
                        Date: August 25, 2005


Roger A. Cox                08/25/05

Roger Cox Esq.                Date
Counsel for MANUEL
FLORENTINO