Manuel Florentino

950 High Street

Central Falls, RI 02863

FILED
IN CLERKS OFFICE

2006 APR -6  P 12: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

Clerk's Office

1 COURTHOUSE WAY

SUITE 300

BOSTON MASSACHUSETTS 02210

RE: UNITED STATES V. MANUEL FLORENTINO

CRIMINAL NO.05-10138-DPW

I am respectfully requesting the DOCKET SHEET pertaining to my case. Please forward it to the following address:

> Manuel Florentino
>
> Donald W. Wyatt Detention Facility
>
> 950 High Street
>
> Central Falls, RI 02863

THANK YOU.

SINCERELY,

*Manuel Florentino*

Manuel Florentino/Defendant